**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

        Defendant.

**NOTICE OF REMOVAL**

Defendant Mergence Corporation, a Delaware corporation ("Mergence-Delaware"), hereby removes this matter from the District Court for the City and County of Denver, Colorado, on the basis of diversity jurisdiction. Mergence-Delaware asserts the following facts in support of removal, and reserves all other questions related to the merits of Plaintiff's claims for further pleadings.

**BACKGROUND**

1.      On or about March 17, 2015, Plaintiff Q Advisors, LLC filed this action in the District Court for the City and County of Denver, Colorado, naming as defendants Mergence Corporation, a Nevada corporation ("Mergence-Nevada"), and Jason S. Ellis. The original Complaint did not name Mergence-Delaware as a defendant. A copy of the original Complaint is attached as Exhibit 1.

2. On May 5, 2015, Plaintiff filed an Amended Complaint, naming Mergence-Delaware as the defendant. The Amended Complaint does not name either Jason S. Ellis or Mergence - Nevada, as a defendant.

3. In the Amended Complaint, Plaintiff asserts a claim for breach of contract and a claim for breach of the implied covenant of good faith and fair dealing against Mergence-Delaware.

## **GROUNDS FOR REMOVAL**

4. This notice of removal is properly filed in the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the District Court for the City and County of Denver is located within this federal district.

5. This notice of removal is timely filed in accordance with 28 U.S.C. § 1446(b) because it was filed within thirty days of when Mergence-Delaware was named as a party and received notice of the Amended Complaint.

6. Written notice of filing of this notice of removal will be provided to Plaintiff, and a copy of this notice will be filed in the appropriate state court as required by 28 U.S.C. § 1446(d).

7. Pursuant to 28 U.S.C. § 1446(a), all pleadings served on Mergence-Delaware are attached as Exhibit 2, including the following:

    a. Amended Complaint;

    b. Notice of Case Management Conference dated May 5, 2015; and

    c. Acceptance of Service of Amended Complaint dated May 6, 2015.

8.      The above are the only pleadings, process, or orders served on Mergence-Delaware in this case.  Pleadings previously served upon Mergence-Nevada and Jason Ellis are not attached.

9.      This action is removable to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 in that it is an action over which the district courts of the United States have original jurisdiction under 28 U.S.C. § 1332.  There is complete diversity of citizenship between Plaintiff and Defendant, and the amount in controversy exceeds $75,000.

10.     Plaintiff Q Advisors LLC is a Colorado limited liability company with its principal place of business in Denver, Colorado.  The members of Q Advisors LLC include only the following:

   a.    Q Consulting LLC, a Colorado limited liability company with its principal place of business in Colorado.  The only member of Q Consulting LLC is Michael Scott Quinn, who is a resident of Colorado.

   b.    Patrick Adam Kennedy Scott, who is a resident of San Francisco, California.

   c.    Brown Trout Equity Management, LLC, a Colorado limited liability company with its principal place of business in Colorado.  The only member of Brown Trout Equity Management, LLC is Frank Michael Crawford, who is a resident of Denver, Colorado.

   d.    Richard Gerard Dehaven, who is a resident of Denver, Colorado.

11. As described above, all of the members of Q Advisors LLC are citizens of either Colorado or California. None of the members of Q Advisors LLC are citizens of Utah or Delaware.

12. Defendant Mergence-Delaware is a Delaware corporation with its principal place of business in Salt Lake City, Utah. Mergence-Delaware is a citizen of Delaware and Utah.

13. Complete diversity of citizenship exists between Plaintiff and Defendant.

14. The Amended Complaint does not state the amount of damages sought. However, in identical claims previously filed as a counterclaim in a state court case in Utah, Q Advisors LLC asserts that "the amount at issue exceeds $300,000." A copy of Q Advisors LLC's Answer and Counterclaim in the Utah state court matter is attached as Exhibit 3.

15. The amount in controversy in this case exceeds $75,000.

16. Pursuant to D.C.COLO.LCivR 81.1(b), a current docket sheet for the case pending in the District Court for the City and County of Denver is attached as Exhibit 4. There are no pending motions or petitions in the District Court for the City and County of Denver case. *See* Supplemental Cover Sheet for Notices of Removal, attached as Exhibit 5.

17. Pursuant to D.C.COLO.LCivR 81.1(c), Mergence-Delaware hereby provides notice of a previously-set telephonic hearing in the case pending in the District Court for the City and County of Denver. That hearing is scheduled for June 5, 2015, at 1:30 P.M., in Courtroom 280 of the District Court for the City and County of Denver, 1437 Bannock St., Denver, Colorado 80202. The nature of the hearing is an Initial Case Management Conference, held

pursuant to Rule 7.1 of the Civil Access Pilot Project Rules, as promulgated by Colorado Supreme Court Chief Justice Directive 11-02 (Amended July, 2014).[1]

## CONCLUSION

Mergence-Delaware respectfully requests that this Court exercise its jurisdiction over this action, and enter such further orders and grant such further relief as may be necessary to secure removal.

DATED this 26th day of May, 2015.

/s/ Aaron D. Goldhamer
Thomas P. McMahon
Aaron D. Goldhamer
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
Telephone: (303) 573-1600
Facsimile:  (303) 573-8133
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com

Steven G. Loosle (*pro hac vice pending*)
Platte S. Nielson (*pro hac vice pending*)
KRUSE LANDA MAYCOCK & RICKS, LLC
136 E. South Temple, Suite 2100
Salt Lake City, UT  84111
P. O. Box 45561
Salt Lake City, Utah  84145-0561
Telephone:  (801) 531-7090
sloosle@klmrlaw.com
pnielson@klmrlaw.com

*Attorneys for Defendant*

---

[1] This Directive, along with a copy of the Civil Access Pilot Project Rules, is available at https://www.courts.state.co.us/Courts/Supreme_Court/Directives/11-02amended%207-11-14.pdf (last accessed May 26, 2015).

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2015, I electronically filed the foregoing NOTICE OF REMOVAL electronically through the CM/ECF system.  I also emailed the foregoing to counsel for Plaintiff, as follows:

>John S. Phillips
>Sean C. Grimsley
>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
>1899 Wynkoop Street, 8th Floor
>Denver, CO  80202
>john.phillips@bartlit-beck.com
>sean.grimsley@bartlit-beck.com

>>/s/ Tammy Harris
>>Tammy Harris