# Exhibit 4

| | Filed by Plaintiff/Petitioner | **Case Number:** 2015CV030955 | | | **Division:** 280 |
|---|---|---|---|---|---|
| | Filed by Defendant/Respondent | **Case Type:** Breach of Contract | | | **Judicial Officer:** Catherine A Lemon |
| | Filed by Court | **Case Caption:** Q Advisors LLC v. Mergence Corporation et al | | | **Court Location:** Denver County - District |

Printable Version    * Pending Acceptance by the Court

| Register of Actions | Serve Only Documents | Case Schedule | Download | | Show 100 ▼   1 - 23 of 23   << < 1 > >> |
|---|---|---|---|---|---|

| ☐ | Filing ID ⬍ | Date Filed ⬍ | Authorizer ⬍ | Organization ⬍ | Filing Party ⬍ | ☐ | Document ⬍ | Document Title ⬍ | Document Security ⬍ |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | F1280D2755680 | 05/06/2015 10:44 AM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Filing Other | Acceptance of Service with Amended Complaint by Steven Leosle on 5.6.15 | Public |
| ☐ | CCBE85F7C7DF7 | 05/05/2015 2:24 PM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Notice | Notice of Case Management Conference | Public |
| ☐ | 1F747053FF60E | 05/05/2015 11:35 AM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Complaint - Amended | Amended Complaint (WITH JURY DEMAND) W/ ATTACH | Public |
| | | | | | | ☐ | Exhibits Filed | Exhibit A to Amended Complaint - Contract | Public |
| ☐ | N/A (Details) | 05/05/2015 10:54 AM | Catherine A Lemon | Denver District Court | N/A | ☐ | Order (Related Document) | Order re: Motion to Dismiss for Lack of Personal Jurisdiction | Public |
| ☐ | N/A (Details) | 05/05/2015 10:48 AM | Catherine A Lemon | Denver District Court | N/A | ☐ | Order (Related Document) | Order Granting Plaintiff's Motion for Leave to Amend | Public |
| | N/A | 05/05/2015 | N/A | N/A | N/A | | Minute Order - Print | N/A | |
| ☐ | 90581A17EA293 | 04/28/2015 3:13 PM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Report | Initial Case Management Conference Joint Report of the Parties (filed also on behalf of Defendant) | Public |
| ☐ | 1092DD8DA56D6 | 04/21/2015 4:29 PM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Reply | Plaintiff's Reply Brief in Support of Plaintiff's Motion for Leave to Amend | Public |
| ☐ | 709949635AB89 | 04/20/2015 4:18 PM | Aaron David Goldhamer | Jones & Keller PC | Jason S Ellis, Mergence Corporation | ☐ | Disclosure Certificate | DEFENDANTS PPR 3.3 INITIAL DISCLOSURE STATEMENT (SPECIAL APPEARANCE BY DEFENDANTS) | Public |
| ☐ | 80FA35119C880 | 04/15/2015 5:01 PM | Aaron David Goldhamer | Jones & Keller PC | Mergence Corporation, Jason S Ellis | ☐ | Reply (Related Document) | Defendants' Reply in Support of Motion to Dismiss (Special Appearance by Defendants) (with attach) | Public |
| | | | | | | ☐ | Response (Related Document) | Defendants' Response in Opposition to Motion to Amend (Special Appearance by Defendants) | Public |
| | | | | | | ☐ | Exhibits Filed (Related Document) | Exhibit A to Defendants' Response in Opposition to Motion to Amend (Affidavit of Service in Utah Action) | Public |
| ☐ | N/A (Details) | 04/10/2015 11:09 AM | Catherine A Lemon | Denver District Court | N/A | ☐ | Order (Related Document) | Order Granting Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission - Nielson | Public |
| ☐ | N/A (Details) | 04/10/2015 11:08 AM | Catherine A Lemon | Denver District Court | N/A | ☐ | Order (Related Document) | Order Granting Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission - Loosle | Public |
| ☐ | 445C5827AEE70 | 04/08/2015 3:33 PM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Motion (Related Document) | Plaintiff's Motion for Leave to Amend | Public |
| | | | | | | ☐ | Complaint - Amended (Related Document) | Proposed Amended Complaint - clean version | Public |
| | | | | | | ☐ | Exhibits Filed (Related Document) | Exhibit B - Proposed Amended Complaint - redlined version | Public |
| | | | | | | ☐ | Proposed Order (Related Document) | Proposed Order for Plaintiff's Motion for Leave to Amend | Public |
| ☐ | FDB22F16B143A | 04/08/2015 3:24 PM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Notice | Notice of Initial Case Management Conference | Public |

{JK00689693.1 }

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | DCFA4FF9BFE6E | 04/08/2015 3:10 PM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Response - Motion to Dismiss (Related Document) | Plaintiff's Opposition to Motion to Dismiss w/attach | Public |
| | | | | | | ☐ | Exhibits Filed (Related Document) | Exhibit 1: March 18, 2015 Certificate of Renewal | Public |
| | | | | | | ☐ | Exhibits Filed (Related Document) | Exhibit 2: Mergence Corporation's Company Profile | Public |
| | | | | | | ☐ | Exhibits Filed (Related Document) | Exhibit 3: Utah Complaint, Mergence Corp. v. Q Advisors LLC | Public |
| | | | | | | ☐ | Exhibits Filed (Related Document) | Exhibit 4: April 8, 2015 Information Regarding Related Case | Public |
| ☐ | 9EEA737EF8AD3 | 04/08/2015 2:27 PM | Thomas Patrick Mcmahon | Jones & Keller PC | Jason S Ellis, Mergence Corporation | ☐ | Motion (Related Document) | Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission - Loosle | Public |
| | | | | | | ☐ | Affidavit (Related Document) | Affidavit of Steven G Loosle | Public |
| | | | | | | ☐ | Certificate | Certificate of Service re Verified Motion Requesting Pro Hac Vice Admission - Loosle | Public |
| | | | | | | ☐ | Motion (Related Document) | Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission - Nielson | Public |
| | | | | | | ☐ | Affidavit (Related Document) | Affidavit of Platte S. Nielson | Public |
| | | | | | | ☐ | Certificate | Certificate of Service re Verified Motion Requesting Pro Hac Vice Admission - Nielson | Public |
| ☐ | BD72BAB547D23 | 04/08/2015 12:12 PM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Filing Other | Information Regarding Related Case | Public |
| ☐ | N/A (Details) | 04/03/2015 | Non-Party | N/A | Non-Party | ☐ | Filing Other | FROM ATTY REGISTRATION OFFICE RE: MOTION FOR ADMISSION PRO HAC VICE BY ATTY STEVEN G. LOOSLE 15PHV/4387 & PLATTE S. NIELSON 15PHV4388. | Public |
| ☐ | 692A704571192 | 04/01/2015 11:00 AM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Certificate | Certificate of Service of the Delay Reduction Order | Public |
| | | | | | | ☐ | Notice | Notice to Set Initial Case Management Conference | Public |

{JK00689693.1 }

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | E47AF5DF16DFA | 03/30/2015 5:18 PM | Aaron David Goldhamer | Jones & Keller PC | Mergence Corporation, Jason S Ellis | ☐ | Answer | DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT(SPECIAL APPEARANCE BY DEFENDANTS) | Public |
| ☐ | AA314AC5B25FA | 03/30/2015 5:12 PM | Aaron David Goldhamer | Jones & Keller PC | Jason S Ellis, Mergence Corporation | ☐ | Motion to Dismiss *(Related Document)* | Motion to Dismiss for Lack of Personal Jurisdiction (Special Appearance by Defendants) | Public |
| | | | | | | ☐ | Affidavit *(Related Document)* | Affidavit of Jason S Ellis w/attached to doc | Public |
| | | | | | | ☐ | Affidavit *(Related Document)* | Affidavit of Kent Forsgren w/attached to doc | Public |
| | | | | | | ☐ | Proposed Order *(Related Document)* | Proposed ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION | Public |
| ☐ | 50B71EE49F04C | 03/17/2015 10:26 AM | John S Phillips | Bartlit Beck | Q Advisors Llc | ☐ | Complaint w/Jury Demand *(Related Document)* | Complaint w/Jury Demand | Public |
| | | | | | | ☐ | Exhibits Filed *(Related Document)* | Exhibit A to Complaint: January 18, 2013 Engagement Letter between parties | Public |
| | | | | | | ☐ | Civil Case Cover Sheet | District Court Civil Case Cover Sheet | Public |
| | | | | | | ☐ | Summons | Summons | Public |
| ☐ | N/A (Details) | 03/17/2015 | Catherine A Lemon | Denver District Court | N/A | ☐ | Order | DELAY REDUCTION ORDER | Public |

1 - 23 of 23   << < 1 > >>