# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-1093

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

        Defendant.

## MERGENCE CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel of record for Mergence Corporation, a Delaware Corporation, hereby states that Mergence Corporation has no parent corporation and no publicly held corporation owning 10% or more of its stock.

DATED this 26th day of May, 2015.

*s/ Aaron D. Goldhamer*
Aaron D. Goldhamer
Thomas P. McMahon
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
Telephone: (303) 573-1600
Facsimile:  (303) 573-8133
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com

Steven G. Loosle (*pro hac vice pending*)
Platte S. Nielson (*pro hac vice pending*)
KRUSE LANDA MAYCOCK & RICKS, LLC
136 E. South Temple, Suite 2100
Salt Lake City, UT  84111
P. O. Box 45561
Salt Lake City, Utah  84145-0561
Telephone:  (801) 531-7090
sloosle@klmrlaw.com
pnielson@klmrlaw.com

*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2015, I electronically filed the foregoing MERGENCE CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE electronically through the CM/ECF system. I also emailed the foregoing to counsel for Plaintiff, as follows:

> John S. Phillips
> Sean C. Grimsley
> BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
> 1899 Wynkoop Street, 8th Floor
> Denver, CO  80202
> john.phillips@bartlit-beck.com
> sean.grimsley@bartlit-beck.com

*s/ Tammy Harris*
Tammy Harris