IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01093-KMT

Q ADVISORS LLC,

    Plaintiff,

v.

MERGENCE CORPORATION,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

    PLEASE TAKE NOTICE that John S. Phillips of the law firm of Bartlit Beck Herman Palenchar & Scott LLP hereby enters his appearance as counsel on behalf of the Plaintiff, Q Advisors LLC.

Dated: May 27, 2015

Respectfully submitted,

BARTLIT BECK HERMAN PALENCHAR &
   SCOTT LLP

*/s/ John S. Phillips*
John S. Phillips
1899 Wynkoop Street, Suite 800
Denver, Colorado 80202
Telephone: (303) 592-3100
Facsimile:   (303) 592-3140
john.phillips@bartlit-beck.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  This is to certify that on May 27, 2015, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record:

Thomas P. McMahon
Aaron D. Goldhamer
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573-1600
Facsimile: (303) 573-8133
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com

Steven G. Loosle (*pro hac vice pending*)
Platte S. Nielson (*pro hac vice pending*)
KRUSE LANDA MAYCOCK &RICKS, LLC
136 E. South Temple, Suite 2100
Salt Lake City, UT 84111
P. O. Box 45561
Salt Lake City, Utah 84145-0561
Telephone: (801) 531-7090
sloosle@klmrlaw.com
pnielson@klmrlaw.com

  *Attorneys for Defendant*

            */s/ John S. Phillips*
            John S. Phillips
            1899 Wynkoop Street, Suite 800
            Denver, Colorado 80202
            Telephone: (303) 592-3100
            Facsimile:   (303) 592-3140
            john.phillips@bartlit-beck.com
            *Attorney for Plaintiff*