## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01093-KMT

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

a Delaware, corporation, Defendant.

---

## MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY THESE PROCEEDINGS PENDING RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT

Defendant hereby moves the Court alternatively to dismiss or stay this action until the parties' action currently pending in Utah state court is resolved. This motion is based upon *Colorado River Water Conservation Dist. v. U.S.* 424 U.S. 800 (1976) and Defendant's brief.

Counsel for Mergence-Delaware has conferred with counsel for Plaintiff about this motion, and Plaintiff will oppose the motion.

DATED this 27th day of May, 2015.

| | |
|---|---|
| JONES & KELLER, P.C. | KRUSE LANDA MAYCOCK & RICKS, LLC |
| 1999 Broadway, Suite 3150 | 136 East South Temple, Suite 2100 |
| Denver, CO  80202 | Salt Lake City, Utah  84145-0561 |
| Telephone:  (303) 573-1600 | Telephone:  (801) 531-7090 |
| tmcmahon@joneskeller.com | sloosle@klmrlaw.com |
| agoldhamer@joneskeller.com | pnielson@klmrlaw.com |
| | |
| /s/ Aaron Goldhamer | /s/ Steven G. Loosle |
| Thomas P. McMahon | Steven G. Loosle |
| Aaron D. Goldhamer | Platte S. Nielson |
| *Attorneys for Defendant* | *Attorneys for Defendant* |
| | (*pro hac vice* applications forthcoming) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2015, I electronically filed the foregoing MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY THESE PROCEEDINGS PENDING RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT electronically through the CM/ECF system which caused the following to be served by electronic means:

>John S. Phillips
>Sean C. Grimsley
>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
>1899 Wynkoop Street, 8th Floor
>Denver, CO  80202

                                                                          s/Renae Mesch