EXHIBIT 5

| | |
|---|---|
| DISTRICT COURT<br>CITY AND COUNTY OF DENVER, COLORADO<br><br>Denver City & County Building<br>Clerk of the Court, Civil Division<br>1437 Bannock St., Room 256<br>Denver, CO  80202 | |
| Plaintiff:    Q ADVISORS LLC<br><br>v.<br><br>Defendant:    MERGENCE CORPORATION | ▲ COURT USE ONLY ▲ |
| John S. Phillips #24884<br>Sean C. Grimsley #36422<br><br>BARTLIT BECK HERMAN PALENCHAR &<br>  SCOTT LLP<br>1899 Wynkoop Street, 8th Floor<br>Denver, CO  80202<br><br>Telephone Number:  (303) 592-3100<br>Facsimile Number:  (303) 592-3140<br>Email:   john.phillips@bartlit-beck.com<br>            sean.grimsley@bartlit-beck.com | Case Number:   15CV30955<br><br>Div.:         Ctrm:  280 |
| **ACCEPTANCE OF SERVICE** | |

This is to verify that I, Steven G. Loogle, have received the Amended Complaint filed by the Plaintiff in this action, on behalf of Defendant Mergence Corporation. On behalf of the Defendant, I confirm that service of the Amended Complaint is accepted. Defendant reserves all objections concerning lack of jurisdiction.

Dated this 5th day of May, 2015.
   6th

_____
Signature of Attorney for Defendant

## VERIFICATION

STATE OF UTAH       )
                    ) ss.
COUNTY OF SALT LAKE )

The foregoing instrument was acknowledged before me on this 6th day of March, 2015 by Steven G. Loosle.

My Commission Expires:

Witness my hand and official seal.

*[Notary seal: TAUNI D. CANCILLA, Commission #668223, My Commission Expires July 31, 2017, State of Utah]*

Notary Public, State of Utah

2