IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01093

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

        Defendant.

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 6.1, Defendant Mergence Corporation, a Delaware corporation ("Mergence-Delaware"), hereby moves the Court for an extension to respond to the Amended Complaint. Mergence-Delaware requests that the Court extend the time period for responding to the Amended Complaint to twenty-one days after entry of an order ruling on Mergence-Delaware's motion to dismiss or in the alternative to stay these proceedings pending resolution of an action currently pending in Utah state court. The grounds for this motion are that good cause exists for an extension because neither the Court nor the parties should be put to the time and expense of further work in this case until such time as the Court determines whether this case should proceed in this Court or whether the Court should defer to the earlier-filed Utah action.

Pursuant to Local Rule 7.1(a), counsel for Mergence-Delaware has conferred with counsel for Plaintiff. Counsel for Plaintiff advises that Plaintiff will oppose this motion.

DATED this 27th day of May, 2015.

        JONES & KELLER, P.C.
        1999 Broadway, Suite 3150
        Denver, CO  80202
        Telephone:  (303) 573-1600
        Facsimile:    (303) 573-8133
        tmcmahon@joneskeller.com
        agoldhamer@joneskeller.com


        s/ Aaron D. Goldhamer
        Thomas P. McMahon
        Aaron D. Goldhamer
        *Attorneys for Defendant*

        KRUSE LANDA MAYCOCK & RICKS, LLC
        136 East South Temple, Suite 2100
        P. O. Box 45561
        Salt Lake City, Utah  84145-0561
        Telephone:  (801) 531-7090
        sloosle@klmrlaw.com
        pnielson@klmrlaw.com

        s/ Steven G. Loosle
        Steven G. Loosle
        Platte S. Nielson
        *Attorneys for Defendant*
        (*pro hac vice* applications forthcoming)

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2015, I electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT** electronically through the CM/ECF system which caused the following to be served by electronic means:

> John S. Phillips
> Sean C. Grimsley
> BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
> 1899 Wynkoop Street, 8th Floor
> Denver, CO  80202

s/Renae Mesch

{JK00690532.1 }