# EXHIBIT 5

Colorado State Court Acceptance of Service

| | |
|---|---|
| DISTRICT COURT<br><br>CITY AND COUNTY OF DENVER, COLORADO<br><br>Denver City & County Building<br>Clerk of the Court, Civil Division<br>1437 Bannock St., Room 256<br>Denver, CO 80202 | |
| Plaintiff:   Q ADVISORS LLC<br><br>v.<br><br>Defendant:   MERGENCE CORPORATION | ▲ COURT USE ONLY ▲ |
| John S. Phillips #24884<br>Sean C. Grimsley #36422<br><br>BARTLIT BECK HERMAN PALENCHAR &<br>  SCOTT LLP<br>1899 Wynkoop Street, 8th Floor<br>Denver, CO 80202<br><br>Telephone Number: (303) 592-3100<br>Facsimile Number: (303) 592-3140<br>Email:   john.phillips@bartlit-beck.com<br>         sean.grimsley@bartlit-beck.com | Case Number:   15CV30955<br><br>Div.:      Ctrm: 280 |
| **ACCEPTANCE OF SERVICE** | |

This is to verify that I, _Steven G. Loogle_, have received the Amended Complaint filed by the Plaintiff in this action, on behalf of Defendant Mergence Corporation. On behalf of the Defendant, I confirm that service of the Amended Complaint is accepted. _Defendant reserves all objections concerning lack of jurisdiction._

Dated this 8th day of May, 2015.

_____
Signature of Attorney for Defendant

# VERIFICATION

STATE OF UTAH              )
                           ) ss.
COUNTY OF SALT LAKE        )

The foregoing instrument was acknowledged before me on this 6th day of March, 2015 by Steven G. Loosle.

My Commission Expires:                    Witness my hand and official seal.

*[Notary stamp: Notary Public, TAUNI D. CANCILLA, Commission #668223, My Commission Expires July 31, 2017, State of Utah]*

*[Signature]* Tauni D. Cancilla
Notary Public, State of Utah

2