**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01093-KMT

**Q ADVISORS LLC**,

        Plaintiff,

vs.

**MERGENCE CORPORATION**,

        Defendant.

## ENTRY OF APPEARANCE

Thomas P. McMahon, Esq., of Jones & Keller, P.C., 1999 Broadway, Suite 3150, Denver, Colorado 80202, hereby enters his appearance as co-counsel on behalf of defendant Mergence Corporation, and requests service of all pleadings, motions, orders or other papers filed in this action.

DATED this 30th day of May, 2015.

        s/ Thomas P. McMahon
        Thomas P. McMahon
        Aaron D. Goldhamer
        Jones & Keller, P.C.
        1999 Broadway, Suite 3150
        Denver, CO  80202
        Telephone: (303) 573-1600
        Facsimile:  (303) 573-8133
        tmcmahon@joneskeller.com
        agoldhamer@joneskeller.com

        Steven G. Loosle (*pro hac vice pending*)
        Platte S. Nielson (*pro hac vice pending*)
        KRUSE LANDA MAYCOCK & RICKS, LLC
        136 E. South Temple, Suite 2100
        Salt Lake City, UT  84111
        P. O. Box 45561
        Salt Lake City, Utah  84145-0561
        Telephone:  (801) 531-7090
        sloosle@klmrlaw.com  pnielson@klmrlaw.com

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2015, I electronically filed the foregoing ENTRY OF APPEARANCE electronically through the CM/ECF system which will send notification of such filing to the following:

    John S. Phillips
    Sean C. Grimsley
    BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
    1899 Wynkoop Street, 8th Floor
    Denver, CO  80202
    john.phillips@bartlit-beck.com
    sean.grimsley@bartlit-beck.com

                s/ Renae Mesch
                Renae Mesch