IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01093-KMT

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

        Defendant.

---

**CONSENT FORM PURSUANT TO PILOT PROGRAM TO IMPLEMENT THE DIRECT ASSIGNMENT OF CIVIL CASES TO FULL TIME MAGISTRATE JUDGES**

---

Under 28 U.S.C. § 636(c) and the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges:

**CHECK ONE**

☑ all parties in this civil action **CONSENT** to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

☐ at least one party in this civil action **DOES NOT CONSENT** to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

{JK00694841.1 }

| Signature | Party Represented | Date |
|---|---|---|
| [signature] | QAdvisors LLC | 6/8/15 |

Print name: John S. Phillips

| Signature | Party Represented | Date |
|---|---|---|
| [signature] | Mergence Corporation | 6/8/15 |

Print name: Aaron D. Goldhamer

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2015, I electronically filed the foregoing electronically through the CM/ECF system which will send notification of such filing to the following:

Thomas P. McMahon
Aaron D. Goldhamer
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
Telephone: (303) 573-1600
Facsimile:  (303) 573-8133
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com



s/ John S. Phillips