IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01093

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

        Defendant.

---

**PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR EXTENSION OF TIME**

---

Plaintiff Q Advisors LLC opposes defendant's Motion for Extension of Time to Respond to the Amended Complaint (the "Motion") because there is not good cause for the request.

The premise of the Motion – like the premise of defendant's companion Motion to Dismiss or in the Alternative to Stay, to which plaintiff is also responding today – is that defendant's Utah case was "earlier-filed" and that this Court should defer to the Utah state court. (Mem. in Supp. of Mot. ("Mem.") at 1, 3.) For the reasons explained here and in plaintiff's Opposition to the Motion to Dismiss or in the Alternative to Stay, that is not the case.

Plaintiff originally filed this lawsuit in the District Court of the City and County of Denver on March 17, 2015. (Dkt. 4.) In response to plaintiff's filing here in Colorado, defendant filed a Declaratory Judgment case in Utah on March 18, 2015 – one day after this case was filed. (Mem. at 2.)

On May 5, 2015, Judge Catherine A. Lemon held that plaintiff was permitted to amend its March 17, 2015 Complaint to change the domicile of the defendant "Mergence Corporation" because "it merely corrects an error in the original Complaint concerning which Mergence Corporation is the appropriate defendant" and "[t]here is *no prejudice* to Defendants because they were aware of Plaintiff's mistake, as evidenced by the fact that they immediately filed a declaratory judgment action *on the identical dispute, with the correct Mergence Corporation as Plaintiff*."  (Ex. A, 5/5/15 Order Granting Plaintiff's Motion for Leave to Amend) (emphasis added).

The defendant's current request for more time (like defendant's other pending motion in this Court) is an effort to try to slow this case down and speed up the Utah action.  Defendant has made clear that its plan is to file another motion to dismiss in this case – the third motion to dismiss the defendant will have filed in this proceeding – after the current Motion to Dismiss or in the Alternative to Stay is decided.  (Mem. at 4 (indicating it is "likely" Mergence will file another motion in response to the Amended Complaint).)  Plaintiff submits that good cause does not exist to delay that response.

Plaintiff respectfully requests that defendant's motion for an extension of time be denied.

Date: June 8, 2015                                   Respectfully submitted,

*John S. Phillips*
John S. Phillips
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop St., Suite 800
Denver, Colorado  80202
john.phillips@bartlit-beck.com
Telephone:  (303) 592-3100
Facsimile:  (303) 592-3140

Attorneys for Plaintiff Q Advisors LLC

3

## **CERTIFICATE OF SERVICE**

I certify that on June 8, 2015, I served a true and correct copy of the foregoing through the CM/ECF system on:

Thomas P. McMahon
Aaron D. Goldhamer
Jones & Keller, P.C.
1999 Broadway, Suite 3150
Denver, Colorado  80202
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com

and via email to:

Steven G. Loosle
Platte S. Nielson
Kruse Landa Maycock & Ricks, LLC
136 East South Temple, Suite 2100
P.O. Box 45561
Salt Lake City, Utah 84145-0561
sloosle@klmrlaw.com
pnielson@klmrlaw.com

/s/ John S. Phillips
John S. Phillips

4