# Exhibit A



# CERTIFICATE OF EXISTENCE
# WITH STATUS OF PERMANENT REVOCATION

I, BARBARA K. CEGAVSKE, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, limited-liability companies, limited partnerships, limited-liability partnerships, and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, evidence, **MERGENCE CORPORATION**, as a corporation duly organized under the laws of the State of Nevada on August 2, 2005.  As of the date of this certificate, the entity is in permanent revocation, pursuant to the provisions of the Nevada Revised Statutes.  The entity is in permanent revocation as of September 1, 2014 for failure to file the Annual List of Officers, Directors and designation of Registered Agent for the filing period August 2008 to August 2009 and to pay the filing fee and penalty thereon, pursuant to the provisions of Nevada Revised Statutes.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on February 5, 2015.

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

Certified By: Christine Rakow
Certificate Number: C20150203-1769
You may verify this certificate
online at **http://www.nvsos.gov/**