# Exhibit B

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 06:37 PM 03/18/2015*
*FILED 06:37 PM 03/18/2015*
*SRV 150377820 – 2182017 FILE*

# STATE OF DELAWARE
# CERTIFICATE FOR RENEWAL
# AND REVIVAL OF CHARTER

The corporation organized under the laws of the State of Delaware, the charter of which was voided for non-payment of taxes and/or for failure to file a complete annual report, now desires to procure a restoration, renewal and revival of its charter pursuant to Section 312 of the General Corporation Law of the State of Delaware, and hereby certifies as follows:

1.     The name of the corporation is Mergence Corporation

2.     The Registered Office of the corporation in the State of Delaware is located at Corporation Trust Center     1209 Orange St     (street), in the City of Wilmington     , County of New Castle Zip Code 19801     . The name of the Registered Agent at such address upon whom process against this Corporation may be served is The Corporation Trust Company     .

3.     The date of filing of the Corporation's original Certificate of Incorporation in Delaware was 12/21/1988

4.     The renewal and revival of the charter of this corporation is to be perpetual.

5.     The corporation was duly organized and carried on the business authorized by its charter until the 01     day of March     A.D. 2015, at which time its charter became inoperative and void for non-payment of taxes and/or failure to file a complete annual report and the certificate for renewal and revival is filed by authority of the duly elected directors of the corporation in accordance with the laws of the State of Delaware.

By: _Vern Dickman_

Authorized Officer

Name: Vern Dickman

Print or Type