# Exhibit C

Friday, June 5, 2015 at 3:51:40 PM Mountain Daylight Time

**Subject:** Q Advisors Complaint
**Date:** Tuesday, March 17, 2015 at 10:50:42 AM Mountain Daylight Time
**From:** John Phillips
**To:** James Kruse

Mr. Kruse,

You asked for copies of the Complaint.

Attached is the Complaint and related documents we have filed.

As I indicated yesterday and in my letter over two weeks ago, my client welcomes a discussion about resolving this matter without going forward with litigation. If you and your clients are interested in that, please let me know right away. If we are not on a path to resolving this promptly, we will go ahead and formally serve the Complaint later this week. In that regard, please confirm that you are authorized to accept service and I will send you the simple form that accomplishes that.

Thanks.

John S. Phillips
Counsel for Q Advisors LLC

_____

John S. Phillips | Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
(P) 303-592-3199 | (F) 303-592-3140
john.phillips@bartlit-beck.com | www.bartlit-beck.com
This message may contain confidential or privileged information. If it has been sent to you in error, please reply to advise the sender of the error, and then immediately delete this message.