# Exhibit F

**The Order of Court is stated below:**
**Dated:** June 03, 2015    **/s/**   James Gardner
        12:22:02 PM         District Court Judge

Royce B. Covington (10160)
J. Mason Kjar (14227)
Parr Brown Gee & Loveless, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
rcovington@parrbrown.com
mkjar@parrbrown.com
*Attorneys for Q Advisors, LLC*

## IN THE THIRD JUDICIAL DISTRICT COURT

## IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| MERGENCE CORPORATION, dba SPRING RETAIL GROUP, a Delaware corporation,<br><br>           Plaintiffs,<br><br>vs.<br><br>Q ADVISORS LLC, a Colorado limited liability company,<br><br>           Defendants. | **ORDER GRANTING Q ADVISORS' MOTION TO EXTEND DEADLINES**<br><br><br><br>Civil No. 150901798<br><br>Judge James Gardner |

Having reviewed Q Advisors' Motion to Extend Deadlines ("Motion") and Plaintiff's

Opposition, and being fully advised on the matter and good cause appearing, the Court orders as

follows:

1) Q Advisors' Motion is GRANTED.

2) The deadlines are extended as follows:

| Task | Original Deadline | Extended Deadline |
|---|---|---|
| Q Advisors' Response to Mergence's Motion for Summary Judgment | June 3, 2015 | 14 days after the Court enters an order resolving Q Advisors' Motion to Stay Proceedings |
| Q Advisors' Response to Mergence's First Set of Interrogatories and First Set of Requests for Production | June 17, 2015 | ~~28~~ 14 days after this Court enters an order resolving Q Advisors' Motion to Stay Proceedings |

## END OF ORDER

**THE COURT'S ELECTRONIC SIGNATURE AND SEAL WILL APPEAR AT THE TOP OF THE DOCUMENT WHEN SIGNED AND ENTERED BY THE COURT.**

4846-8174-9028, v. 1