EXHIBIT 9

Royce B. Covington (10160)
J. Mason Kjar (14227)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
rcovington@parrbrown.com
mkjar@parrbrown.com
*Attorneys for Q Advisors LLC*

---

## IN THE THIRD JUDICIAL DISTRICT COURT

## IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| MERGENCE CORPORATION, dba SPRING RETAIL GROUP, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Q ADVISORS LLC, a Colorado limited liability company,<br><br>    Defendant. | **Q ADVISORS' RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>Civil No. 150901798<br><br>Judge James Gardner |
| Q ADVISORS LLC, a Colorado limited liability company,<br><br>    Counterclaim-Plaintiff,<br><br>vs.<br><br>MERGENCE CORPORATION, dba SPRING RETAIL GROUP, a Delaware corporation,<br><br>    Counterclaim-Defendant. | |

Defendant and Counterclaim-Plaintiff Q Advisors LLC ("Q Advisors"), pursuant to Rule 26(a)(1) of the Utah Rules of Civil Procedure, provides the following initial disclosures to Mergence dba Spring Retail Group ("Mergence"):

1. **The name, address, and telephone number of each individual likely to have discoverable information supporting Q Advisors' claims or defenses, unless solely for impeachment, identifying the subject of the information.**

   a. Michael Crawford, contact through Q Advisors' counsel. Mr. Crawford has information concerning the factual allegations in the Complaint and Counterclaims. Specifically, Mr. Crawford has information concerning the negotiation of the January 18, 2013 Contract between Q Advisors LLC and Mergence dba Spring Retail Group (the "Contract") (and the March 15, 2012 contract between the same parties), the services Q Advisors provided to Mergence dba Spring Retail Group and other Spring entities under the Contract (as well as in the previous contract and other discussions with Mergence/Spring), Q Advisors' role in introducing Mergence dba Spring Retail Group, Simply Mac, and their affiliates to GameStop Corp., the requests Mergence and Spring made to Q Advisors for services in connection with the Spring financing, the representations Mergence and Spring made to Q Advisors concerning the sale of Spring, and the damages Q Advisors has suffered as a result of Mergence and Spring's conduct and failure to pay.

   b. Daniel Kenney, contact through Q Advisors' counsel. Mr. Kenney has information concerning the factual allegations in the Complaint and Counterclaims. Specifically, Mr. Kenney has information concerning the

2

  services Q Advisors provided to Mergence dba Spring Retail Group and other Spring entities under the Contract (as well as in the previous contract and other discussions with Mergence/Spring), the requests Mergence and Spring made to Q Advisors for services in connection with the Spring financing, and the damages Q Advisors has suffered as a result of Mergence and Spring's conduct and failure to pay.

c. Kristian MacCarter, contact through Q Advisors' counsel. Mr. MacCarter has information concerning the factual allegations in the Complaint and Counterclaims. Specifically, Mr. MacCarter has information concerning the services Q Advisors provided to Mergence dba Spring Retail Group and other Spring entities under the Contract, the requests Mergence and Spring made to Q Advisors for services in connection with the Spring financing, Q Advisors' role in introducing Mergence dba Spring Retail Group, Simply Mac, and their affiliates to GameStop, the disclosure of the fact that Spring had been sold to GameStop, and the damages Q Advisors has suffered as a result of Mergence and Spring's conduct and failure to pay.

d. Jason S. Ellis, contact information known to Mergence. Q Advisors believes Mr. Ellis has information concerning the services Q Advisors provided under the Contract. Q Advisors believes Mr. Ellis also has information concerning whether and to what extent the proceeds from the November 2013 sale of Spring have been distributed.

   e. Kent Forsgren, contact information known to Mergence. Q Advisors believes Mr. Forsgren has information concerning the services Q Advisors provided under the Contract. Q Advisors believes Mr. Forsgren also has information concerning whether and to what extent the proceeds from the November 2013 sale of Spring have been distributed.

   f. Q Advisors believes that other Mergence officers, directors, and shareholders such as Brett M. Bradshaw and Vernon G. Dickman have information concerning whether and to what extent the proceeds from the November 2013 sale of Spring have been distributed.

2. **The name, address, and telephone number of each fact witness Q Advisors may call in its case-in-chief and, except for an adverse party, and a summary of the expected testimony.**

   a. Michael Crawford, contact through Q Advisors' counsel. Mr. Crawford is expected to testify about (a) the negotiation of the March 15, 2012 and January 18, 2013 contracts with Mergence dba Spring Retail Group, including Section 15, (b) the meaning of Section 15 of the Contract based on discussions with Mergence and Spring, (c) the services Q Advisors provided to Mergence dba Spring Retail Group and other Spring entities under the Contract, (d) Q Advisors' role in introducing Mergence dba Spring Retail Group, Simply Mac, and their affiliates to GameStop, (e) the requests Mergence and Spring made to Q Advisors for services in connection with the Spring financing, (f) the representations Mergence and Spring made to Q Advisors concerning the

sale of Spring, and (g) the damages Q Advisors has suffered as a result of Mergence and Spring's conduct and failure to pay.

b. Daniel Kenney, contact through Q Advisors' counsel. Mr. Kenney is expected to testify about (a) the services Q Advisors provided to Mergence dba Spring Retail Group and other Spring entities under the contract, (b) Q Advisors' role in introducing Mergence dba Spring Retail Group, Simply Mac, and their affiliates to GameStop, and (c) the requests Mergence and Spring made to Q Advisors for services in connection with the Spring financing.

c. Kristian MacCarter, contact through Q Advisors' counsel. Mr. MacCarter is expected to testify about (a) the services Q Advisors provided to Mergence dba Spring Retail Group and other Spring entities under the contract, (b) Q Advisors' role in introducing Mergence dba Spring Retail Group, Simply Mac, and their affiliates to GameStop, (c) the requests Mergence and Spring made to Q Advisors for services in connection with the Spring financing, and (d) the disclosure of the fact that Spring had been sold to GameStop.

d. Jason S. Ellis, 3939 South Wasatch Boulevard, Suite 1, Salt Lake City, Utah 84124.

e. Kent Forsgren, 3939 South Wasatch Boulevard, Suite 1, Salt Lake City, Utah 84124.

f. Vernon G. Dickman, 3939 South Wasatch Boulevard, Suite 1, Salt Lake City, Utah 84124.

3. **A copy of all documents, data compilations, electronically stored information, and tangible things in the possession or control of Q Advisors that Q Advisors may offer in its case-in-chief, except charts, summaries and demonstrative exhibits that have not yet been prepared and must be disclosed in accordance with rule 26(a)(5).**

    a. See documents and information produced to Mergence's counsel on May 1, 2015.

4. **A computation of damages claimed and a copy of all discoverable documents or evidentiary material on which such computation is based, including materials about the nature and extent of injuries suffered.**

    a. Based on information currently available to Q Advisors, Q Advisors computes its expected damages as $1,213,750, which is computed by multiplying 1.25% times Spring's total enterprise value of $97.1 million as of the November 2013 sale to GameStop. Q Advisors reserves the right to amend this damages computation based on discovery in this case and other information Q Advisors obtains in the future.

    b. See documents and information produced to Mergence's counsel on May 1, 2015.

5. **A copy of any agreement under which any person may be liable to satisfy part or all of a judgment or to indemnify or reimburse for payments made to satisfy the judgment.**

    a. Not applicable.

6. **A copy of all documents to which Q Advisors refers in its pleadings.**

    a. A copy of the January 18, 2013 engagement letter was attached to Q Advisors' Answer and Counterclaim and was also produced to Mergence's counsel on May 1, 2015.

6

7. **Reservation of right to supplement and amend.**

The foregoing disclosures are made based on information reasonably available to Q Advisors as of this date. Mergence has not yet provided documents relevant to Q Advisors' claims and defenses, Q Advisors' investigation in this matter is ongoing, and Q Advisors reserves the right to supplement and amend this disclosure to include any document produced by any party to this proceeding or any third party. Other disclosures required by Rule 26 of the Utah Rules of Civil Procedure that may be missing from the foregoing disclosures will be provided to Mergence when they become known and available to Q Advisors. Furthermore, witnesses, including expert witnesses, expert witness reports, and documents or other exhibits that Q Advisors subsequently determines, after further investigation and discovery, may be used at trial will be timely disclosed pursuant to rule 26(a)(5) and any pretrial order that the court may issue in this case.

DATED this 11th day of June, 2015.

PARR BROWN GEE & LOVELESS, P.C.

By: /s/ Royce B. Covington
Royce B. Covington
J. Mason Kjar
*Attorneys for Q Advisors LLC*

4827-6667-9076, v. 1

Royce B. Covington (10160)
J. Mason Kjar (14227)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
rcovington@parrbrown.com
mkjar@parrbrown.com
*Attorneys for Q Advisors LLC*

## IN THE THIRD JUDICIAL DISTRICT COURT

## IN AND FOR SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| MERGENCE CORPORATION, dba SPRING RETAIL GROUP, a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Q ADVISORS LLC, a Colorado limited liability company,<br><br>　　　　　　　　Defendant. | **CERTIFICATE OF SERVICE**<br>**(Q Advisors' Rule 26(a)(1)**<br>**Initial Disclosures)**<br><br><br>Civil No. 150901798<br><br>Judge James Gardner |
| Q ADVISORS LLC, a Colorado limited liability company,<br><br>　　　　　　　　Counterclaim-Plaintiff,<br><br>vs.<br><br>MERGENCE CORPORATION, dba SPRING RETAIL GROUP, a Delaware corporation,<br><br>　　　　　　　　Counterclaim-Defendant. | |

I HEREBY CERTIFY that on this 11th day of June, 2015 I caused a true and correct copy of Q ADVISOR'S RULE 26(a)(1) INITIAL DISCLOSURES and this CERTIFICATE OF SERVICE to be served via U.S. mail, postage prepaid, on the following:

>Steven G. Loosle
>Platte S. Nielson
>KRUSE LANDA MAYCOCK & RICKS, LLC
>136 East South Temple, Suite 2100
>P. O. Box 45561
>Salt Lake City, Utah 84145-0561
>Telephone: (801) 531-7090

DATED this 11th day of June, 2015.

        PARR BROWN GEE & LOVELESS, P.C.

        By:   /s/ Royce B. Covington
              Royce B. Covington
              J. Mason Kjar
              *Attorneys for Q Advisors LLC*