IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01093

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

        Defendant.

**DEFENDANT MERGENCE CORPORATION'S FORTHWITH MOTION FOR A STAY OF PROCEEDING UNTIL THE COURT RULES ON DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY THESE PROCEEDINGS PENDING RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT**

        Pursuant to FED. R. CIV. P. 26(c), Defendant Mergence Corporation hereby moves the Court to Forthwith Stay these proceedings until such time as the Court rules on Defendant's Motion to Dismiss or in the Alternative to Stay These Proceedings Pending Resolution of Action Currently Pending in Utah State Court ("Motion to Dismiss/Stay," [Doc. Nos. 11, 17]) Specifically, Mergence requests that the Court forthwith defer all matters in this case until the Court rules on the pending Motion to Dismiss/Stay. Such deferral or stay would include the following: 1) the scheduling conference set for August 24; 2) all other deadlines and other matters under Rule 26, including the parties' planning meeting, initial disclosures, discovery, and the submission of a proposed scheduling order.

        As set forth in Defendant's contemporaneously-filed memorandum in support of this Motion [Doc. No. 28]), which Defendant hereby incorporates by reference as if fully set forth

herein, the grounds for this motion are that the convenience of the parties and the Court are best furthered by staying this matter until the Court rules on the Motion to Dismiss/Stay. Furthermore, the granting of the present motion will preserve the resources of the Court and the parties.

On August 13, 2015 counsel for Defendant conferred by telephone with counsel for Plaintiff about this matter.  Plaintiff opposes this motion.

DATED this 13th day of August, 2015.

          s/ Aaron D. Goldhamer
Thomas P. McMahon
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
Telephone: (303) 573-1600
Facsimile:  (303) 573-8133
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com

Steven G. Loosle
Platte S. Nielson
KRUSE LANDA MAYCOCK & RICKS, LLC
136 E. South Temple, Suite 2100
Salt Lake City, UT  84111
P. O. Box 45561
Salt Lake City, Utah  84145-0561
Telephone:  (801) 531-7090
sloosle@klmrlaw.com
pnielson@klmrlaw.com

*Attorneys for Defendant*

3

# CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2015, I electronically filed the foregoing DEFENDANT MERGENCE CORPORATION'S MOTION FOR A STAY OF PROCEEDING UNTIL THE COURT RULES ON DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY THESE PROCEEDINGS PENDING RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT electronically through the CM/ECF system which caused the following to be served by electronic means:

> John S. Phillips
> Sean C. Grimsley
> BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
> 1899 Wynkoop Street, 8th Floor
> Denver, CO  80202

 s/ Renae K. Mesch
Renae K. Mesch