**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01093

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

        Defendant.

---

**MEMORANDUM IN SUPPORT OF DEFENDANT'S FORTHWITH MOTION
FOR A STAY OF PROCEEDING UNTIL THE COURT RULES ON DEFENDANT'S
MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY
THESE PROCEEDINGS PENDING RESOLUTION OF ACTION CURRENTLY
PENDING IN UTAH STATE COURT**

---

Pursuant to FED. R. CIV. P. 26(c), Defendant Mergence Corporation has moved the Court to forthwith stay these proceedings. ([Doc. No. 27], "Motion for Forthwith Stay"). Defendant seeks such a stay until such time as the Court rules on Defendant's earlier-filed Motion to Dismiss or in the Alternative to Stay these Proceedings Pending Resolution of Action Currently Pending in Utah State Court ([Doc. Nos. 11, 17], "Motion to Dismiss/Stay"). Defendant brings this memorandum in support of the Motion for Forthwith Stay.

In the Motion for Forthwith Stay, Mergence requests that the Court defer all matters in this case until the Court rules on the pending Motion to Dismiss/Stay, including the following: 1) the scheduling conference set for August 24; 2) all other deadlines and other matters under FED.

R. CIV. P. 26, including the parties' planning meeting, initial disclosures, discovery, and the submission of a proposed scheduling order.

## FACTUAL BACKGROUND

Mergence removed this matter from state court on May 26, 2015. [Doc No. 1.] On May 27, 2015, Mergence filed its Motion to Dismiss/Stay. [Doc. Nos. 11, 17.] The Motion to Dismiss/Stay has been fully briefed and is awaiting decision from the Court. [See Doc. Nos. 22, 26.] The grounds for the Motion to Dismiss/Stay are that a lawsuit is pending in Utah state court addressing the same issues as this case, and—pursuant to *Colorado River Water Conservation Dist. v. US*, 424 US 800 (1976) —the Court should dismiss or stay this proceeding pending resolution of the Utah state court matter.

Mergence has not yet responded to the Complaint. By minute order dated June 9, 2015, the Court ordered that Mergence should respond to the Complaint in accordance with FED. R. CIV. P. 12(a)(4)(A), meaning that Mergence would respond to the Complaint within 14 days of the Court's ruling on the Motion to Dismiss/Stay. [Doc. No. 24.]

By order dated June 10, 2015, the Court set a scheduling conference for August 24, 2015. Pursuant to FED. R. CIV. P. 26(f), that order triggers deadlines for initial disclosures and would require the parties to participate in a planning meeting and submit to the Court a proposed scheduling order. In addition, discovery may begin after the parties' planning meeting. FED. R. CIV. P. 26(d)(1). As such, despite the pendency of the Motion to Dismiss/Stay and despite the fact that Defendant has not answered the Complaint, this case is presently on track for full-blown discovery.

## DISCUSSION

The court "may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." FED. R. CIV. P. 26(c)(1). Pursuant to this Rule, in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, Civ. No. 1:02-CV-01934-LTB-PA, 2006 WL 894955 (D. Colo. March 30, 2006), the court outlined the following factors to consider in determining whether to grant the type of stay requested by the Motion for Forthwith Stay:

> (1) plaintiff's interests in proceeding expeditiously with the civil action and the potential prejudice to plaintiff of a delay; (2) the burden on the defendants; (3) the convenience to the court; (4) the interests of persons not parties to the civil litigation; and (5) the public interest.

*Id.* at *2. These factors weigh in favor of granting the Motion for Forthwith Stay pending resolution of the Motion to Dismiss/Stay.

Plaintiff will not be prejudiced by the stay. In fact, granting the present motion will be beneficial to Plaintiff. In the event the Court ultimately chooses to grant the Motion to Dismiss/Stay, time and effort expended by Plaintiff in the meantime in discovery and other pretrial matters would be wasted. The first *String Cheese* factor weighs in favor of a stay.

Defendant will be burdened if the Court does not grant the Motion for Forthwith Stay. As noted by the court in *String Cheese*, "subjecting any party to discovery when a motion to dismiss…is pending may subject him to undue burden or expense, particularly if the motion to dismiss is later granted." *Id.* at * 2. If this case proceeds forward now but the Motion to Dismiss/Stay is ultimately granted, the parties' efforts in developing a discovery plan and engaging in discovery will be wasteful. The second *String Cheese* factor weighs in favor of a stay.

Granting the present motion will also be beneficial to the Court. If the Motion for Forthwith Stay is not granted, the Court may prepare for and participate in a scheduling conference that ultimately would have been unnecessary if the Motion to Dismiss/Stay is granted. The third *String Cheese* factor weighs in favor of a stay.

The Motion for Forthwith Stay involves neither the interests of persons that are not parties to this litigation nor the public interest. As such, the final two *String Cheese* factors are neutral. On balance, however, the *String Cheese* factors favor granting the Motion for Forthwith Stay.

## CONCLUSION

For the reasons set forth above, Defendant requests that the Court grant the Motion for Forthwith Stay and stay this proceeding pending a ruling on Defendant's Motion to Dismiss/Stay.

DATED this 13th day of August, 2015.

s/ Aaron D. Goldhamer
Thomas P. McMahon
Aaron D. Goldhamer
JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
Telephone: (303) 573-1600
Facsimile:  (303) 573-8133
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com

Steven G. Loosle
Platte S. Nielson
KRUSE LANDA MAYCOCK & RICKS, LLC
136 E. South Temple, Suite 2100
Salt Lake City, UT  84111
P. O. Box 45561
Salt Lake City, Utah  84145-0561
Telephone:  (801) 531-7090
sloosle@klmrlaw.com
pnielson@klmrlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2015, I electronically filed the foregoing MEMORANDUM IN SUPPORT OF DEFENDANT'S FORTHWITH MOTION FOR A STAY OF PROCEEDING UNTIL THE COURT RULES ON DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY THESE PROCEEDINGS PENDING RESOLUTION OF ACTION CURRENTLY PENDING IN UTAH STATE COURT electronically through the CM/ECF system which caused the following to be served by electronic means:

>John S. Phillips
>Sean C. Grimsley
>BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
>1899 Wynkoop Street, 8th Floor
>Denver, CO  80202

>s/ Renae K. Mesch
>Renae K. Mesch