**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01093

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

        Defendant.

---

**PLAINTIFF'S RESPONSE TO DEFENDANT'S AUGUST 13, 2015 MOTION TO STAY**

---

        Plaintiff Q Advisors LLC responds to "Defendant Mergence Corporation's Forthwith Motion For A Stay Of Proceeding Until The Court Rules On Defendant's Motion To Dismiss Or In The Alternative To Stay These Proceedings Pending Resolution Of Action Currently Pending In Utah State Court" (the "Motion") and states as follows:

        1.      On June 10, 2015, this Court ordered the parties to prepare for and attend a Rule 16(b) scheduling and planning conference with the Court on August 24, 2015. (Dkt. 25.)

        2.      Plaintiff has proceeded as the Court directed, making initial disclosures under Rule 26(a)(1), preparing a proposed Scheduling Order to be filed on August 17, 2015, and requesting a Rule 26(f) conference with defendant's counsel, all in preparation for the August 24, 2015 conference with the Court.

        3.      Until yesterday, plaintiff did not know that defendant would decline to participate in a Rule 26(f) conference or prepare the joint submission that the Court's June 10 Order requires until after the Court decides defendant's May 27, 2015 Motion to Stay or Dismiss.

4.  Plaintiff believes that defendant's May 27, 2015 Motion to Stay or Dismiss should be denied for the reasons stated in plaintiff's Opposition, including because the *Colorado River* factors do not favor this Court dismissing or staying this case. (Dkt. 22.)

5.  Plaintiff neither consents to nor opposes the August 13, 2015 Motion to stay, and plaintiff stands ready to move the case forward now (as the Court previously directed) or after the Court decides the May 27, 2015 motion.

Dated:  August 14, 2015                                  Respectfully submitted,

*/s/ John D. Phillips*
John S. Phillips #24884

BARTLIT BECK HERMAN PALENCHAR
   & SCOTT LLP

Attorney for Plaintiff Q Advisors LLC

2

## CERTIFICATE OF SERVICE

      I certify that on this 14th day of August, 2015, I served a true and correct copy of the foregoing on:

| | |
|---|---|
| Steven G. Loosle | Thomas P. McMahon |
| Platte S. Nielson | Aaron D. Goldhamer |
| Kruse Landa Maycock & Ricks, LLC | Jones & Keller, P.C. |
| 136 East South Temple, Suite 2100 | 1999 Broadway, Suite 3150 |
| P.O. Box 45561 | Denver, Colorado  80202 |
| Salt Lake City, Utah 84145-0561 | tmcmahon@joneskeller.com |
| sloosle@klmrlaw.com | agoldhamer@joneskeller.com |
| pnielson@klmrlaw.com | |

                                                    John S. Phillips