**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-01093-KMT

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

        Defendant.

---

**DEFENDANT'S STATUS REPORT REGARDING**
**RELATED UTAH STATE COURT LITIGATION**

---

Defendant hereby brings this Status Report regarding Related Utah State Court Litigation and states as follows:

1.      Currently pending before the Court is Defendant's Motion to Dismiss or in the Alternative to Stay these Proceedings Pending Resolution of Action Currently Pending in Utah State Court ("Motion to Dismiss or Stay").   Doc. # 11, filed May 27, 2015; *see also* corrected memorandum in support of same filed May 28, 2015 at Doc. # 17; Plaintiff's Brief in opposition to same filed June 8, 2015 at Doc. # 22; Defendant's Reply in support of same filed June 22, 2015 at Doc. # 26.

2.      The Motion to Dismiss or Stay relates to the pending suit in the Third Judicial District Court in and for Salt Lake County, State of Utah, Civil Case No. 150901798, Judge James Gardner, presiding ("Utah State Case").  In the Utah State Case, the Defendant here (Mergence Corporation) is the plaintiff, and the Plaintiff here (Q Advisors LLC) is the defendant.

3.      In the Utah Case, Q Advisors LLC has filed a motion to stay the case pending resolution of the case before this Court.  On September 29, a hearing on Q Advisors' motion was held in the Utah State Case, and both Mergence Corporation and Q Advisors LLC appeared through counsel.

4.      At the September 29 hearing, Judge Gardner made it clear that his preference was to await decision by this Court on Mergence Corporation's Motion to Dismiss or Stay before ruling on Q Advisors LLC's pending motion in the Utah State Case.

5.      An additional status conference is set for October 28 in the Utah State Case.

DATED this 9th day of October, 2015.

JONES & KELLER, P.C.
1999 Broadway, Suite 3150
Denver, CO  80202
Telephone:  (303) 573-1600
Facsimile:    (303) 573-8133
tmcmahon@joneskeller.com
agoldhamer@joneskeller.com


s/ Aaron D. Goldhamer
Thomas P. McMahon
Aaron D. Goldhamer
*Attorneys for Defendant*

KRUSE LANDA MAYCOCK & RICKS, LLC
136 East South Temple, Suite 2100
P. O. Box 45561
Salt Lake City, Utah  84145-0561
Telephone:  (801) 531-7090
sloosle@klmrlaw.com
pnielson@klmrlaw.com


 s/ Steven G. Loosle
Steven G. Loosle
Platte S. Nielson
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9th, 2015, I electronically filed the foregoing

**DEFENDANT'S STATUS REPORT REGARDING RELATED UTAH STATE COURT**

**LITIGATION** electronically through the CM/ECF system which caused the following to be

served by electronic means:

      John S. Phillips
      Sean C. Grimsley
      BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
      1899 Wynkoop Street, 8th Floor
      Denver, CO  80202


                                 s/Renae Mesch