# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01093

Q ADVISORS LLC,

        Plaintiff,

vs.

MERGENCE CORPORATION,

        Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees. This dismissal is without prejudice to any party's right to seek and recover any remedy in the pending Utah case. The Clerk is asked to make this entry on the above docket.

Date:  November 24, 2015

                                   Respectfully submitted,

                                   (Signed by Filing Attorney with permission of Defendants' Attorney)

*/s/ John S. Phillips*       */s/ Steven G. Loosle*

John S. Phillips  
Bartlit Beck Herman Palenchar  
    & Scott LLP  
1899 Wynkoop St., Suite 800  
Denver, Colorado  80202  
Telephone:  (303) 592-3100  
Facsimile:  (303) 592-3140  
john.phillips@bartlit-beck.com

Thomas P. McMahon  
Aaron David Goldhamer  
Jones & Keller, PC  
1999 Broadway  
Suite 3150  
Denver, Colorado 80202  
Telephone:  303-573-1600  
Facsimile: 303-573-8133  
tmcmahon@joneskeller.com  
agoldhamer@joneskeller.com

Steven G. Loosle  
Kruse Landa Maycock & Ricks, LLC  
136 East South Temple  
Suite 2100  
Salt Lake City, UT 84111  
Telephone:  801-531-7090  
Facsimile:  801-531-7091  
sloosle@klmrlaw.com

*Counsel for Plaintiff Q ADVISORS LLC*

*Counsel for Defendant MERGENCE CORPORATION*

APPROVED _____, 2015

_____  
MAGISTRATE JUDGE KATHLEEN M. TAFOYA

2